IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN ISRAEL DIDLY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:23cv00139 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| J.C. STREEVAL, | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Respondent. | ) | |

By order entered April 21, 2023, the court conditionally filed Petitioner Jonathan Israel Didly's petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. In the conditional filing order, the court directed Didly to either pay the filing fee, sign and return a consent to fee form, or apply to proceed *in forma pauperis*. (*See* ECF No. 3.) The court advised Didly that failure to comply with the court's order within 21 days may result in the dismissal of the action without prejudice. (*Id.*) To date, Didly has not responded to the court's order. Because the time to respond has passed and Didly has failed to comply with the court's order, the court will dismiss this action without prejudice.

**ENTERED** this 17th day of May, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE